# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Gulf Supplies & Commercial Services ) | ASBCA No. 59661 |
| ) | |
| Under Contract No. W91B4N-11-D-8000 ) | |

APPEARANCES FOR THE APPELLANT: Kevin P. Connelly, Esq.
Kelly E. Buroker, Esq.
 Vedder Price P.C.
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
ChristinaLynn E. McCoy, Esq.
 Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE YOUNGER

The parties have filed a joint motion for entry of a consent judgment in favor of appellant in the amount of $1,150,000. The parties represent that this amount "is inclusive of interest and [that] no further interest shall be paid." (Mot. for Entry of Stipulated Judgment at 1) The parties have filed with the motion their settlement agreement, which includes their mutual release including claims for "attorney's fees arising under ASBCA No. 59661 and the Contract" (settlement agreement ¶ 3).

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,150,000. This is inclusive of interest. No further interest shall be paid.

Dated: 9 August 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

JAMES R. SWEET
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59661, Appeal of Gulf Supplies & Commercial Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2